JAMES C. TABOR, Respondent, *v.* THE CITY OF BUFFALO, Appellant.

*Tabor* v. *City of Buffalo*, 136 App. Div. 258, appeal withdrawn.
(Argued November 20, 1911; decided November 28, 1911.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 12, 1910,

reversing a judgment in favor of defendant entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant.

The motion was made upon the ground that the order of reversal was not appealable to the Court of Appeals.

*H. A. Hickman* for motion.

*H. J. Westwood* opposed.

Motion granted on payment, within twenty days, of ten dollars costs and taxable costs that have accrued on appeal.